ACCEPTED
03-13-00799-CR
4389996
THIRD COURT OF APPEALS
AUSTIN, TEXAS
3/5/2015 4:19:34 PM
JEFFREY D. KYLE
CLERK



FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

3/5/2015 4:19:34 PM

JEFFREY D. KYLE
Clerk

**GEORGE MCCREA**
**DISTRICT ATTORNEY**
**119TH JUDICIAL DISTRICTS OF TEXAS**
CONCHO, RUNNELS, TOM GREEN COUNTIES

325/659-6583                                                         124 W. BEAUREGARD
FAX 325/658-6831                              TOM GREEN COURT STREET ANNEX
SAN ANGELO, TEXAS 76903-5850

March 5, 2015

Court of Appeals
Third District Of Texas
Jeffrey D. Kyle, Clerk
P. O. Box 12547
Capitol Station
Austin, Texas 78711-2547

RE:  BILLY JACK VERCHER  v. The State of Texas, Cause No. 03-13-00799-CR, Trial No. C-12-0815-SB.

Dear Mr. Kyle:

This letter is to acknowledge the receipt of the notice of setting for submission and oral argument for **April 9, 2015 at 8:30 AM, in San Angelo, Texas.**

The State will be present for the oral argument.

Further, three (3) paper copies of the State's brief have been mailed this date.

Sincerely,

Jason Ferguson
Assistant District Attorney

cc: Mr. Melvin Gray
Gray & Brigman, PLLC
206 West College Avenue
San Angelo, TX 76903
* DELIVERED VIA E-FILE *